No. —. Ex parte WILLIAM BURGESS. February 12, 1945. The motion for leave to file petition for writ of habeas corpus is denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. —. Ex parte F. GERALD THOMAS. February 12, 1945. The motion for leave to file petition for writs of mandamus or certiorari is denied.

No. —. Ex parte BEN FRAZIER. February 12, 1945. The motion for leave to file petition for writ of mandamus is denied.

No. —. STEINBERG v. GRAHAM ET AL. February 12, 1945. The motion for a stay is denied.

No. 858. ILLINOIS COMMERCE COMMISSION ET AL. v. ILLINOIS CENTRAL RAILROAD CO. February 26, 1945. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *George F. Barrett*, Attorney General, and *William C. Wines*, Assistant Attorney General, for appellants. *Messrs. Vernon W. Foster, Charles A. Helsell* and *Elmer A. Smith* for appellee.